AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Trevor Aaronson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03235-TNM |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Trevor Aaronson.

Date: December 9, 2024

s/ Gunita Singh
*Attorney's signature*

Gunita Singh; D.C. Bar No. 1601923
*Printed name and bar number*

1156 15th St., N.W., Ste. 1020
Washington, D.C. 20005
*Address*

gsingh@rcfp.org
*E-mail address*

202-800-3531
*Telephone number*

202-795-9310
*FAX number*