UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TREVOR AARONSON**,

    Plaintiff,

    v.

**DEPARTMENT OF JUSTICE**, *et al.*,

    Defendants.

Case No. 1:24-cv-03235 (TNM)

## ORDER

For the reasons explained in the Court's Memorandum Opinion, it is hereby

**ORDERED** that the FBI's [15] Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that Aaronson's [16] Motion for Partial Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that the FBI shall, consistent with the Court's Memorandum Opinion, perform a search and produce documents in response to Aaronson's demand for Undercover Review Committee communications in items 8, 10, 13, 15, 17, 19, 21, 23, and 25 of his FOIA request; and it is further

**ORDERED** that the FBI shall, consistent with the Court's Memorandum Opinion, perform a search and produce documents in response to items 5, 27, and 28 of Aaronson's FOIA request to the extent that those items involve a pseudonym.

This is a final, appealable Order.

Dated: February 20, 2026

TREVOR N. McFADDEN
United States District Judge